No. 50230.—Protests 610384–G, etc., of Katz Berk Hat Co. (New York).

Opinion by TILSON, J. The record showed that certain items of the merchandise consist of hats known as harvest hats, valued at less than $3 per dozen, similar in all material respects to those the subject of *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), which record was admitted in evidence herein. In accordance therewith the items of merchandise imported or withdrawn for consumption prior to the effective date of the Netherlands Trade Agreement (T. D. 48075) were held dutiable at only 25 percent under paragraph 1504 (b) (5), and those items entered or withdrawn for consumption subsequent to said date were held dutiable at 12½ percent under the same paragraph.

No. 50231.—Protests 867027–G (A), etc., of American Straw Goods Co. (New York).

Opinion by TILSON, J. The record showed that certain items of the merchandise consist of hats of ramie and cellophane similar in all material respects to those the subject of Abstract 47291, which record was incorporated herein. In accordance therewith the items of merchandise in question were held dutiable as claimed.

No. 50232.—Protests 92051–K, etc., of Irving L. Hartman Co. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 50233.—Protests 930223–G, etc., of Eurasia Import Co., Inc., et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 50234.—Protests 4040–K, etc., of James G. Hardy & Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 50235.—Protests 33802–K, etc., of Danti Gambinossi et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.